1104

No. 73–712. BUTZ, SECRETARY OF AGRICULTURE, ET AL. v. BERMUDEZ ET AL. C. A. D. C. Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 73–575. BRODY v. CHEMICAL BANK ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 73–587. S. WALLACH Co., INC. v. INTERNATIONAL BUSINESS MACHINES CORP. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 73–5611. PENN v. SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 72–1652. UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE v. HIBI, *ante*, p. 5;

No. 73–26. ALBERS, EXECUTOR, ET AL. v. COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 982;

No. 73–197. FRANK ET AL. v. WOLF ET AL., *ante*, p. 975; and

No. 73–5303. DUN LEAVAY v. LUTZ APPELLATE PRINTERS, INC., ET AL., *ante*, p. 992. Petitions for rehearing denied.

No. 72–6661. WRIGHT v. UNITED STATES, *ante*, p. 870; and

No. 73–5018. DE LEON v. UNITED STATES, *ante*, p. 853. Motions to file petitions for rehearing denied.